**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 3:24-cr-32-SA-RP-1** |
| **MOHAMMAD HUSSAM AMRO**<br>**aka MOHAMMAD HG AMRO** | **DEFENDANT** |

### ORDER GRANTING MOTION FOR BOND AND FOR PRETRIAL RELEASE

This matter came before the court on defendant's Motion for Bond Hearing and for Pretrial Release, docket number [28]. The government opposes the motion. The court having heard and considered the arguments of counsel finds the Motion for Bond Hearing and for Pretrial Release is hereby GRANTED.

THEREFORE, it is hereby ORDERED, that the defendant is released to home incarceration on a $30,000.00 unsecured bond pending trial and be placed on pretrial supervision with conditions set forth in an Order Setting Conditions of Release, in addition to home incarceration and GPS location monitoring technology.

SO ORDERED, this the 2nd day of July, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE